IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

JUSTICE CLYDE MORGAN
JUSTICE CLYDE MORGAN LLC

(Enter above the full name of the plaintiff
or plaintiffs in this action.)

vs.

Tennessee,
Haywood County general
sessions Court, Jenny Scott, Judge,
Bailiff Elston, Haywood County Jail

(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
   A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No ( )

   B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   1. Parties to this previous lawsuit
      Plaintiffs: JUSTICE CLYDE MORGAN and JUSTICE CLYDE MORGAN LLC

      Defendants: Howard County Indiana Criminal Justice Center, Sheriff Asher, Corporal Terry Beane

   2. Court (if federal court, name the district; if state court, name the county): Superior Court 1 Howard County Indiana

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____
   5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) Still pending awaiting acquittal of a misdemeanor prior
   6. Approximate date of filing lawsuit: _____
   7. Approximate date of disposition: awaiting disposition could go Federal

-1-

II. Place of Present Confinement: Haywood County Criminal Justice Complex
   A. Is there a prisoner grievance procedure in the institution?
   Only on paper, records not kept well.   Yes (✓) No ( )
   B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?   Yes (✓) No ()
   C. If your answer is Yes:
      1. What steps did you take? Wrote grievances and request forms both for Bailiff Elstons Arrest and for Notary service 14th Amendment
      2. What was the result? My hair trimmers were denied and I have been called the police by other inmates No positive actions
   D. If your answer is No, explain why not: _____

III. Parties
   (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
   A. Name of Plaintiff JUSTICE CLYDE MORGAN
      Address 100 South Dupree St., Brownsville, TN 38012

   (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
   B. Defendant Jenny Scott is employed as General Sessions Court Judge at Haywood County Tennessee General Sessions court
   C. Additional Defendants: Bailiff unknown Elston, Captain Fisher or Fischer of Jail (notary 14th amendment violation) other Jail Staff (lack of medical care) and Investigator Aaron Smith of Haywood County Sheriff dept.

IV. Statement of Claim

   State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

   Judge Jenny Scott signed an insufficient warrant to seize my vehicle, She refused me a fast and speedy trial I motioned for by mail on July 18, 2024, she denied my request for a none public defender court appointed attorney capable of handling my Murder case, her Bailiff Elston physically assaulted me punching me even when I objected to the prosecutions motion for continuance and I stated your honor it is my 6th amend. right and art. 1 sec 9 Tenn. Right to a fast and speedy. I am currently pro Se, Aaron Smith maliciously lied saying I am a convicted felon (I am not) and gave my families addresses to "victims" wife who's threatening my child. Been refused Notary Service for a week or more now.

Revised 4/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like assault or battery charges on Bailiff Elston. I would like my fast and speedy enforced, I would like access to the court to be trained to jail staff and time sensitive notarizations done. I would like cleaning and antiseptic supplies offered as I was bitten by Brown recluse suffered massive wound from infection. I feel Aaron Smith for malicious sedition of false statements, allowing victim (who was Siman City Royal gang member) wife to get access to where my wife (now scared to testify) my children (both homes) and my relatives live on purpose. Also negative responses only from paper grievances. Jail needs kiosk/tablet based grievance system. Also my truck released to my family since insufficient. Fine on Judge perhaps or impeachment

VI. Jury Demand
I would like to have my case tried by a jury. Yes (✓) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this __9th__ day of __August__, 20__24__.

_____
(Signature of Plaintiff/Plaintiffs)